# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

146605

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BANK OF NEW YORK MELLON,
      Plaintiff-Appellee,

v

SC: 146605
COA: 309899
Oakland CC: 2011-009540-AV

ANDREW BREZZELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 21, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

h0520